# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MARCH 9, 2018 NOTICE, DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPY OF FEBRUARY 23, 2018 ORDER, AND GRANTING PLAINTIFF THIRTY DAYS TO EITHER FILE AN AMENDED COMPLAINT OR NOTIFY THE COURT OF INTENT TO PROCEED ONLY ON CLAIMS FOUND TO BE COGNIZABLE<br><br>[ECF No. 21] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2018, Plaintiff filed a notice indicating that he never received a full copy of the Court's February 23, 2018 screening order. Instead, Plaintiff contends that on March 1, 2018, he only received a copy of the first and last page of the Court's February 23, 2018 order and requests the Court send him another copy of the order.

///

///

///

1

Based on Plaintiff's representation, the Court will direct the Clerk of Court to send Plaintiff another copy of the Court's February 23, 2018 order and granted Plaintiff thirty additional days to either file an amended complaint or notify the Court of his intent to proceed only the claims found to be cognizable.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's February 23, 2018 order (ECF No. 20);

2. Plaintiff has thirty (30) days from the date of service of this order to either file an amended complaint or notify the Court of intent to proceed only on claims found to be cognizable; and

3. Failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **March 12, 2018**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE