# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR SEPARATE EXHAUSTION DEADLINE AS MOOT<br><br>[ECF No. 44] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2018, Defendants filed an answer to the complaint, along with a separate request for the Court to issue a separate scheduling order for exhaustion-related discovery and dispositive-motion deadlines. (ECF Nos. 43, 44.)

On December 27, 2018, the Court issued the discovery and scheduling order. Pursuant to the order, the deadline for filing an exhaustion-related motion for summary judgment is March 27, 2019.[1] Therefore, Defendants' request to set a separate deadline for the filing of an exhaustion-related motion for summary judgment is denied as moot. Defendants are further advised that if an exhaustion motion is filed, they may move for a stay of merits-based discovery, if so desired.

IT IS SO ORDERED.

Dated: __December 27, 2018__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Indeed, the Court's discovery and scheduling order issued in prisoner civil rights actions always includes a separate deadline for the filing of an exhaustion-related motion for summary judgment. Therefore, such future requests in this Court are unnecessary.

1