# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>        Plaintiff,<br><br>        v.<br><br>SCOTT KERNAN, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 60] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed July 8, 2019. On July 22, 2019, Plaintiff filed a statement of non-opposition to Defendants' motion.

Good cause having been presented to the Court, it is HEREBY ORDERED that:

1. The deadline to file an exhaustion-related motion for summary judgment is extended to **October 24, 2019**;

2. The deadline for completion of all discovery is extended to **December 26, 2019**;

3. The deadline for filing a dispositive motion is extended to **February 26, 2020**; and

///

///

///

1

4. All other provisions set forth in the Court's December 27, 2018, scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 25, 2019**

_____
UNITED STATES MAGISTRATE JUDGE