UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' REQUEST FOR DEADLINE ON OR BEFORE SEPTEMBER 27, 2019<br><br>[ECF No. 68] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

During the litigation of this action, Plaintiff paroled from the custody of the California Department of Corrections and Rehabilitation to the Fresno County Jail without his legal property.

On August 12, 2019, the Court granted, in part, Defendants' motion to compel responses to their outstanding discovery requests, directed Plaintiff to file responses once he regained access to his property, and directed a status report be filed by October 10, 2019. (ECF No. 66.)

On September 11, 2019, Defendants filed an update on the status of Plaintiff's legal property and submit that Plaintiff's property was "transported" and/or "shipped" to Plaintiff at the Fresno County Jail on September 9, 2019.

///

///

1

Because it is unclear whether Plaintiff currently has physical possession of his legal property, Plaintiff is directed to file a response Defendants' notice on or before **September 27, 2019**, and provide the status of his access to this legal property in order to proceed with responses to Defendants' outstanding discovery requests.

IT IS SO ORDERED.

Dated: __September 13, 2019__

UNITED STATES MAGISTRATE JUDGE