1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE, | Case No.: 1:17-cv-01500-AWI-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE A FURTHER STATUS REPORT WITHIN TEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | [ECF No. 70] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

During the litigation of this action, Plaintiff paroled from the custody of the California Department of Corrections and Rehabilitation to the Fresno County Jail without his legal property.

On August 12, 2019, the Court granted, in part, Defendants' motion to compel responses to their outstanding discovery requests, directed Plaintiff to file responses once he regained access to his property, and directed a status report be filed by October 10, 2019.  (ECF No. 66.)

On September 11, 2019, Defendants filed an update on the status of Plaintiff's legal property and submit that Plaintiff's property was "transported" and/or "shipped" to Plaintiff at the Fresno County Jail on September 9, 2019.

///

///

1

Because it was not clear as to whether Plaintiff received his legal property, the Court directed Plaintiff to file a response on or before September 27, 2019. (ECF No. 69.) Plaintiff filed a response on September 25, 2019, and also filed a separate request for appointment of a private investigator and/or runner. The Court will address Plaintiff's second request by way of separate order.

In his response to the Court's September 16, 2019, order, Plaintiff indicates that as of September 18, 2019, he has not been notified of the transfer or receipt of his property. Thus, it is still not clear whether Plaintiff has actually received his legal property in order to respond to the outstanding discovery requests. Accordingly, Defendants shall file a further status report as to whether Plaintiff has received his legal property within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**October 7, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE