# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 71, 72] |

    Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 8, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's request for appointment of counsel and injunctive relief be denied. (ECF No. 72.) The Findings and Recommendations were served on the parties and contained notice that objections were due within fourteen (14) days. (*Id.*) Plaintiff filed objections on October 31, 2019. (ECF No. 79.) In his objections, Plaintiff argues that the Magistrate Judge failed to consider his request for appointment of investigator and improperly construed his request as seeking appointment of counsel. Plaintiff is advised that the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant request.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 8, 2019, are adopted in full;
2. Plaintiff's request for appointment of an investigator and/or counsel is DENIED; and
3. Plaintiff's request for a preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   November 6, 2019

SENIOR DISTRICT JUDGE