**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM DRAKE,<br><br>           Plaintiff,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>           Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>**AMENDED SCHEDULING ORDER** |

      Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 25, 2019, the Court granted Defendants' motion to modify the scheduling order, and extended, *inter alia*, the deadline to file an exhaustion-related motion for summary judgment to October 24, 2019, pending Plaintiff's responses to their outstanding discovery requests. (ECF No. 64.) On August 12, 2019, the Court granted Defendants' motion to compel exhaustion-based discovery, and vacated all deadlines set forth in the Court's July 25, 2019, order to be reset after Plaintiff filed responses to the outstanding discovery. (ECF No. 66.)

///

///

///

///

1

On November 19, 2019, Plaintiff filed a notice indicating that he filed a response to Defendants' outstanding discovery requests on or about November 13, 2019. (ECF No. 81.) Defendants did not file a response. Therefore, the Court assumes that Plaintiff's contention is correct and responses to the outstanding discovery have been served. Accordingly, the Court shall reset the filing deadlines.

Accordingly, it is HEREBY ORDERED that:

1. The deadline to file an exhaustion-related motion for summary judgment is extended to **February 18, 2020**;
2. The deadline for completion of all discovery is extended to **April 17, 2020**;
3. The deadline for filing a dispositive motion is extended to **June 18, 2020**; and
4. All other provisions set forth in the Court's December 27, 2018, scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 18, 2019**

UNITED STATES MAGISTRATE JUDGE