# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION<br><br>[ECF No. 85] |

Plaintiff Sam Drake is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the deadline to file an exhaustion motion, filed on May 11, 2020.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion is extended to **June 17, 2020**.

IT IS SO ORDERED.

Dated:   **May 12, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1