# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>            Plaintiff,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>            Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 89] |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed on June 23, 2020.

Good cause having been presented, it is HEREBY ORDERED that all merits-based discovery and dispositive motions deadlines are stayed until resolution of the pending exhaustion-related motion for summary judgment.

IT IS SO ORDERED.

Dated: **June 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1