# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER SETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES FOLLOWING RESOLUTION OF EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 17, 2021, Defendants' exhaustion-related motion for summary judgment was granted in part and denied in part. (ECF No. 106.) Pursuant to the Court's June 24, 2020 order, it is HEREBY ORDERED that the discovery deadline is July 19, 2021 and the dispositive motion deadline is October 19, 2021.

IT IS SO ORDERED.

Dated: __March 18, 2021__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1