# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING, IN PART, DEFENDANTS' SECOND REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 114) |

Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second request to modify the scheduling order, filed January 18, 2022. Defendants request a stay of the proceedings until after Plaintiff is released from the state hospital in order to conduct discovery and file a dispositive motion.

On the basis of Defendants' motion, the Court finds good cause to extend, but not stay, the discovery and dispositive motion deadlines. Accordingly, it is HEREBY ORDERED that the discovery deadline is extended to April 18, 2022 and the dispositive motion deadline is extended to July 25, 2022.

IT IS SO ORDERED.

Dated:   **January 19, 2022**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1