**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM DRAKE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' FOURTH MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 116) |

    Plaintiff Sam Drake is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' fourth motion to extend the discovery and dispositive motion deadlines, filed April 15, 2022.

    Based on a showing of good cause pending the release of Plaintiff from the Fresno County Jail, it is HEREBY ORDERED that the discovery deadline is extended to October 18, 2022, and the dispositive motion deadline is extended to December 19, 2022.

IT IS SO ORDERED.

Dated: **April 18, 2022**

                                                                      UNITED STATES MAGISTRATE JUDGE