# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' FIFTH MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 123) |

Plaintiff Sam Drake is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' fifth motion to modify the scheduling order, filed October 7, 2022.

Good cause having been presented, it is HEREBY ORDERED the discovery deadline is extended to December 16, 2022, and the dispositive motion deadline is extended to February 17, 2023.  No further extensions of time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **October 11, 2022**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1