# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM COURT REPORTER PHYSICAL PRESENCE<br><br>(ECF No. 126) |

Plaintiff Sam Drake is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for relief from court reporter physical presence requirement under Federal Rule of Civil Procedure, filed October 18, 2022.

Good cause having been presented, it is HEREBY ORDERED that the court reporter is not required to be in the same physical location as any of the Plaintiff during his deposition.

IT IS SO ORDERED.

Dated:   **October 19, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1