# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01500-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SEVENTH MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 130) |

Plaintiff Sam Drake is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' seventh motion to modify the scheduling order, but the first to modify the scheduling order solely regarding the dispositive motion deadline, filed February 13, 2023. (ECF No. 130.) The Court previously granted Defendants' request to modify the scheduling order due to difficulties in completing Plaintiff's deposition caused by Plaintiff's transfers to various facilities. Defendants completed Plaintiff's deposition on November 16, 2022. However, on January 31, 2023, defense counsel learned that Defendant Sexton is deceased which requires additional time to prepare the dispositive motion. (ECF Nos. 129, 130.)

///

///

///

Good cause having been presented in that , it is HEREBY ORDERED that the dispositive motion deadline is extended to April 17, 2023.  <u>No further extensions of time will be granted absent extraordinary circumstances</u>.

IT IS SO ORDERED.

Dated:    **February 15, 2023**

UNITED STATES MAGISTRATE JUDGE

2