UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>         Plaintiff,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>         Defendant. | No. 1:17-cv-01500-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF<br><br>(ECF No. 139) |

Plaintiff Sam Drake is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for administrative relief to exceed the page limits on their reply brief, filed July 24, 2023.

Good cause having been presented, it is HEREBY ORDERED that:

1. Defendants' motion to exceed the 10-page limit for reply briefs is granted; and

2. Defendants' reply brief shall not exceed 15 pages, excluding tables and exhibits.

IT IS SO ORDERED.

Dated:  **July 25, 2023**

UNITED STATES MAGISTRATE JUDGE

1