Case Name: DRAKE v. ALLISON, et al.   Case #: 1:17-CV-1500-SAB (PC)

1. Your Name: SAM DRAKE
2. Your Address: FCJ, 1225 'M' STREET
3. FRESNO, CA 93712
4. Your Phone Number: N.A.
5. Self-Represented

**FILED**
FEB 02 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES EASTERN DISTRICT COURT
(Name of Court)
(FRESNO DIVISION)
(Division)

| | |
|---|---|
| SAM DRAKE<br><br>Plaintiff,<br><br>And<br><br>KATHLEEN ALLISON, et. al.,<br><br>Defendants | Case No.: 1:17-CV-1500-SAB·(PC)<br><br>PLEADING TITLE:<br>PLAINTIFF'S SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (RULE 56(c))<br><br>Judge/Dept: STANLEY A. BOONE |

18. In Provenz v. Miller (1995) the Ninth Circuit agreed with 7th Circuit
19. which held that "where new evidence is presented in a reply to a motion
20. for summary judgment, the District Court should not consider the new
21. evidence without giving the nonmovant an opportunity to respond." @ 1483.
22.    Pro Se Pl., hereby requests leave to file Supplemental Declaration to respond
23. to new evidence (Declarations of M. Gonzales & of P. Williams) which dfnts
24. submitted for the first time in their Reply. Rule 56(c) states that: "A party may
25. serve opposing affidavits prior to the day of hearing."

Pleading Title: DRAKE v. ALLISON, et. al.,   Page 1 of 4

Case Name: DRAKE v. ALLISON, et.al.,   Case #: 1:17-CV-1500-SAB (PC)

## SUPPLEMENTAL DECLARATION OF SAM DRAKE

I SAM DRAKE HEREBY DECLARE:

1. All statements in my Statement of Disputed Facts are hereby declared under penalty of perjury to be true and correct by the laws of the United States. As executed June 16th, 2023.

/s/ Sam Drake

2. Grant of Leave to File Supplemental Declaration is appropriate.

3. Dfnts brought two new evidentiary documents in with its reply on July 26th, 2023. To wit: (a) Supplemental Declaration of M. Gonzales (Dfnt); and (b) Declaration of P. Williams (NonParty). Both Declaration challenge Pl.'s Opposition Exhibit-L authenticity;

4. Pl. has had no opportunity to respond to Dfnts new evidence. And Dfnts new evidence was more than a response to an argument raised in Pl.'s Opposition.

5. Hearing on Dfnts M/SJ has not yet occured. And Rule 56(c) permits Pl. filing Supplemental Declaration up to day of hearing;

6. Grant of Leave to File Supplemental Declaration would serve the interest of fairness. And Dfnts would not be prejudiced thereby.

7. Pl.'s Opposition Exhibit-L, L1 are true accurate original copies of the CDCR Form 115 & Form 128 (Rule Violation Report

Pleading Title: DRAKE v. ALLISON, et. al.,   Page 2 of 4

1. #4A2-15-0544) AND GENERAL CHRONOS (SGT. APPROVAL OF RVR
2. #4A2-15-0544, DATED MAY 24TH, 2015) AND (DFNT. GONZALES' JUNE
3. 28TH, 2015 RVR HEARING PREVARICATED WAIVER BEARING DFNT SIGNATURE)
4. THIS EXHIBIT ESTABLISHES GENUINE MATERIAL DISPUTE ON TRIAL ISSUES
5. OF WHETHER DFNT ISSUED TWO UNWARRANTED DISCIPLINARIES TO RETALIATE,
6. AND WHETHER DFNT DISALLOWED PL. ACCESS TO HEARING TO DENY PROCESS DUE.

8. DFNTS MSJ CLAIMED THAT RVR #4A2I-15-0544 DID NOT EXIST (DFT MSJ PG. 16, 9 65). DFNTS REPLY IN FURTHER BAD FAITH CLAIMS THAT THE RESURRECTED RVR IS A FORGERY (DFNT REPLY EXH-O, P. WILLIAMS DECL. PG. 2:13-15; AND id. EXH-P, M. GONZALES SUPP. DECL. PG. 2:9, "UPON REVIEWING THIS RVR, IT DOESN'T LOOK LIKE MY SIGNATURE.") ITS ONE PREVARICATION UPON ANOTHER BY DFNT GONZALES. SENILITY IS NOT AN AFFIRMATIVE DEFENSE.

9. THERE IS NO REASONABLE ASSURANCE THAT THE TRUTH WOULD BE AVAILABLE FROM DFNT-GONZALES. IF DFNT DOES NOT RECALL ISSUING THE INITIAL 2015 RVR AND DOES NOT RECOGNIZE HIS OWN SIGNATURE IN 2023 IT DOES NOT ESTABLISH THE ABSENCE OF A GENUINE DISPUTE OF MATERIAL FACT ON THE RELEVANT ISSUES. (RULE 56(c)(1)(B))

10. PL. EXHIBIT-L, CHRONO VERIFIES THAT THE SIGNATURE ON RVR #4A2-15-0544, IS THAT OF DFNT-GONZALES. THE RVR NUMBER TYPO LINE-OUT CORRECTION WAS DONE BY DFNT-HIMSELF <PL RESERVES PROOF THEREOF FOR TRIAL> THE 'IRREGULARITIES' CITED BY P. WILLIAMS ARE IMPERTINENT MATTER THAT DOES NOT ESTABLISH ABSENCE OF A GENUINE DISPUTE OVER WHETHER DFNT-GONZALES ISSUED THE RVR AND DENIED PL. ACCESS TO HRG THEREON. (RULE 56(c)(1)(B).)

11. PL. OBJECTS TO DFNTS REPLY EVIDENCE AND ASKS THE COURT TO STRIKE BOTH THE GONZALES SUPPLEMENTAL DECL. & WILLIAMS DECL. AS IMPERTINENT.

- 3 -

1. (FRCP RULE 12(f)) "RULE 12(f) PROVIDES THAT A COURT MAY
2. STRIKE FROM A PLEADING ANY INSUFFICIENT DEFENSE OR ANY
3. REDUNDANT, IMMATERIAL, IMPERTINENT, OR SCANDALOUS MATTER"
4. ALSO, "IF NEW EVIDENCE IS PRESENTED, A COURT TYPICALLY CAN
5. STRIKE THE EVIDENCE OR GIVE OPPOSING PARTY A CHANCE TO RESPOND"
6. (PACQUIAO V. MAYWEATHER, 2010 U.S. DIST. LEXIS 92343)
7. (CITING PROVENZ V. MILLER, 102 F. 3d. @ 1483)

23. I DECLARE UNDER PENALTY OF PERJURY BY THE LAWS OF THE UNITED STATES
24. THAT THE FOREGOING IS TRUE AND CORRECT.
25. EXECUTED THIS 15TH DAY OF JANUARY, 2024, AT FRESNO CALIFORNIA.
26.
27. /s/ Sam Drake
28. SAM DRAKE PRO SE PLAINTIFF

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and ___ party to the within cause of action. That on this date I did cause a true and correct copy of: "PL. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT"

to be served on the parties to the action by:

☒ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows: OFFICE OF THE CLERK UNITED STATES EASTERN DISTRICT COURT 2500 TULARE STREET FRESNO, CA 93721

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

☐ by faxing said document to the following telephone number:

Executed this 15th day of JANUARY, 2024, under penalty of perjury in Fresno, California.

/s/ _____

SAM DRAKE, pro se   Declarant