Case Name: DRAKE v. GONZALES   Case #: 1:17-cv-01500-KES-SAB

1. Your Name: SAM DRAKE
2. Your Address: FCJ, 1225 "M" STREET
3. FRESNO, CA 93712
4. Your Phone Number: (559) 600-3636
5. Self-Represented

FILED
JUN 09 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES EASTERN DISTRICT COURT
(Name of Court)
(FRESNO DIVISION)
(Division)

Case No.: 1:17-cv-01500-KES-SAB

Sam Drake,

Plaintiff,

And

M. Gonzales,

Defendant

PLEADING TITLE:

MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES VIA ZOOM (FRCP. RULE 43(a))

Judge/Dept: STANLEY A. BOONE /9

18. PRO SE PLAINTIFF, SAM DRAKE, SEEKS AN ORDER
19. REQUIRING SECRETARY OF THE CALIFORNIA DEPARTMENT OF
20. CORRECTIONS AND REHABILITATION ("CDCR") TO BRING
21. INCARCERATED WITNESSES: KEVIN E. FIELDS (CDCR
22. # P-83425); AND ROBERT JAMES (CDCR# E-27713)
23. LOCATED AT CORCORAN STATE PRISON ("CSP-CORCORAN") 4001
24. KING AVENUE, IN CORCORAN CALIFORNIA, BEFORE THE
25. USDC TO ATTEND THE TRIAL IN THE ABOVE ENTITLED CASE.

Pleading Title: MOT FOR INCAR WTN         Page 1 of 5

Case Name: DRAKE v. GONZALES   Case #: 1:17-cv-01500-KES-SAB

1  THIS MOTION IS BASED ON THE DRAKE DECLARATION
2  ATTACHED BELOW.
3
4  ___DECLARATION OF SAM DRAKE___
5
6  I, SAM DRAKE, HEREBY DECLARE:
7
8  1. I AM PLAINTIFF PARTY, A U.S. CITIZEN, OVER AGE
9  18, AND A LAYMAN AT LAW PROCEEDING PRO SE;
10
11  2. I HAVE DIRECT KNOWLEDGE OF ALL FACT & ISSUES,
12  CAN AND WILL COMPETENTLY TESTIFY THERETO IN ANY USDC;
13
14  3. I HEREBY, ASK THE COURT TO ISSUE FORTH ITS ORDER
15  OF 'HABEAS CORPUS AD TESTIFICANDUM' DIRECTING CDCR
16  TO BRING WITNESS #1: KEVIN E. FIELDS ('KEF') (CDCR
17  # P-83425), AND WITNESS #2: ROBERT JAMES ('RJ')
18  (CDCR # E-27713) BEFORE THIS COURT TO TESTIFY AT
19  THE TRIAL VIA ZOOM VIDEO TRANSMISSION;
20
21  4. THE TRIAL DATE IS CURRENTLY SET FOR NOV. 4th, 2025;
22
23  5. THE TESTIMONY OF BOTH WITNESSES IS IMPORTANT AND
24  NOT DUPLICATIVE BECAUSE EACH HAS PERSONAL KNOWLEDGE
25  OF EVENTS THAT ARE RELEVANT & MATERIAL TO THE ISSUES

Case Name: DRAKE v. GONZALES   Case #: 1:17-CV-01500-KES-SAB

1. TO BE PRESENTED FOR ADJUDICATION;

2. 6. WITNESS #1 (KES) HAS FIRSTHAND KNOWLEDGE OF THE ISSUANCE OF THE TWO RVRS TO PL. DRAKE BY DFNT M. GONZALES APPROXIMATELY MAY 21ST THRU 28TH, 2015, WHEN PL. ALLEGES DFNT SUBJECTED PL. TO RETALIATION;

7. IN PARTICULAR, (KES) WAS IN HOUSING UNIT 4A2L CELL #50, JUST TWO-DOORS AWAY FROM PL. AT 4A2L CELL #48, WHEN PL. RECEIVED THE FIRST AND SECOND RVRS FOR CHARGES OF 'WILLFULLY RESISTING, DELAYING ANY PEACE OFFICER IN THE PERFORMANCE OF DUTY' (LOG # 4A2-15-05-045) AND 'THE DESTRUCTION OF STATE PROPERTY LESS THAN $400' (LOG # 4A2-15-05-044), AUTHORED BY DFNT GONZALES, AND WILL TESTIFY - AS EYE AND EARWITNESS - THAT HE SAW DFNT APPROACH AND LEAVE 4A2L-CELL-48, ON MAY 21ST 2015, AND HEARD DFNT VERBALLY SAY THAT HE (GONZALES) WOULD NOT GENERATE ANY RVRS [EMPHASIS] FOR DESTROYING STATE PROPERTY IF PL. REFRAINED FROM FILING ANY 602 GRIEVANCES AGAINST DFNT WITHIN THE NEXT 30-DAYS... WILL TESTIFY ALSO THAT HE (KEF) OBSERVED PL. RECEIVE THE TWO RVRS AUTHORED BY DFNT;

8. WITNESS #2 (R.J) HAS FIRSTHAND KNOWLEDGE OF RECEIVING AND OBSERVING OTHER'S / DRAKE RECEIVE RETALIATORY RVRS AUTHORED BY DFNT GONZALES IN 2015 INTER ALIA.

Pleading Title: MOT. FOR INCAR WTN.   Page 3 of 5

Case Name: DRAKE v. GONZALES     Case #: 1:17-CV-01500-KES-SAB

9. IN PARTICULAR (R.J) WAS IN 4A2L HSG UNIT WHEN PL. RECEIVED THE TWO RVRS AND WILL TESTIFY - AS EYE AND EAR WITNESS - THAT DFNT GENERATED REPRISAL RVRS FOR DRAKE MAKING COMPLAINTS TO CSP-CORCORAN SUPERVISORS... WILL TESTIFY THAT DFNT HAD A HISTORY OF COMMITTING SUCH RETALIATORY ACTS.

10. WITNESSES #1 AND #2, ARE AGREEABLE WITH APPEARING REMOTELY AND VOLUNTARILY TESTIFYING W/OUT BEING SUBPOENAED, WHEN PL LAST SPOKE TO THEM IN 2015 AT CSP-COR, EACH DECLARED WILLINGNESS TO TESTIFY IN THIS CASE;

11. IREF to R.J's PRESENCE AT TRIAL WILL FURTHER RESOLUTION OF THE CASE BECAUSE THEIR TESTIMONY IMPEACHES DFNTS CREDIBILITY;

12. STAY OF THE CASE PENDING WITNESSES RELEASE IS PREJUDICIAL BECAUSE IT WOULD CAUSE UNREASONABLE DELAY;

13. PL. HEREBY SATISFIES EACH OF THE 4-PRONGS OF THE (ALAMEDA) TEST.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Today's Date: JUNE 1ST, 2025

SAM DRAKE                                    [signature: Sam Drake]
PRINT YOUR NAME                              SIGN YOUR NAME

Pleading Title: MOT. FOR INCAR. WITN.        Page 4 of 5

Case Name: DRAKE v. GONZALES    Case #: 1:17-CV-01500-KES-SAB

## LEGAL ARGUMENT

"Under Federal Rules of Civil Procedure Rule 43(a), the USDC may permit testimony in open court by contemporaneous video transmission [ZOOM] for good cause in compelling circumstances and with appropriate safeguards." (FRCP Rule 43(a).) Here, such circumstances and good cause are present, to wit: to obviate any potential concerns of safety and cost.

In McCoy v. Holguin, USDC-ED found proposed testimony of witness would substantially further the resolution of the case by impeaching the statements of DFNT. (2024 US Dist LEXIS 213142). Similarly in this case, the testimony of KES and RJ would impeach DFNT Gonzales' statements that he did not generate the second RVR at all; it would also provide eye/ear witness testimony as to DFNT's history of issuing retaliatory RVR's to persons DFNT targeted for retribution, including RJ and Plaintiff.

## CONCLUSION

Accordingly, this court should grant this motion here & now.

Respectfully submitted,

DATED: June 1st, 2025.

Sam Drake
SAM DRAKE, PRO SE MOVANT

Pleading Title: MOT FOR INCAR WTN    Page 5 of 5

## PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and not a party to the within cause of action. That on this date I did cause a true and correct copy of: "MOTION FOR ATTENDANCE OF INCARCERATED WITNESS VIA ZOOM"

to be served on the parties to the action by:

☒ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows:

1. CA ATTORNEY GENERAL
   1300 'I' STREET STE 125
   P.O. BOX 944255
   SACRAMENTO CA 94244-2550

2. OFFICE OF THE CLERK
   U.S. EASTERN DISTRICT COURT
   2500 TULARE STREET, RM 1501
   FRESNO, CA 93721

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

☐ by faxing said document to the following telephone number:

Executed this 1ST day of JUNE, 2025, under penalty of perjury in Fresno, California.

/s/ Sam Drake

SAM DRAKE, PRO SE          Declarant