UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>    Plaintiff,<br><br>v.<br><br>M. GONZALES,<br><br>    Defendant. | Case No. 1:17-cv-01500-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE SAM DRAKE**, No. 0624897, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: August 11, 2025<br>TIME: 1:30 p.m. |

  **Inmate Sam Drake, No. 0624897**, a necessary and material witness on his behalf in a pretrial conference on **August 11, 2025, at 1:30 p.m.**, is confined at the Fresno County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States District Judge Kirk E. Sherriff on August 11, 2025, at 1:30 p.m.**

  ACCORDINGLY, IT IS ORDERED that:

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  To: The Sheriff of the Fresno County Jail:

  **WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **July 14, 2025**

                   STANLEY A. BOONE
                   United States Magistrate Judge

