1  SAM DRAKE # 0624897
2  FCJ. 1225 'M' STREET
   FRESNO, CA 93712
3  PRO SE

FILED

JUL 23 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  SAM DRAKE,                    No. 1:17-CV-01500-KES-SAB

12          Plaintiff,            REQUEST FOR APPOINTMENT OF LIMITED
                                  PURPOSE PRO BONO ATTORNEY FOR
13      v.                        SETTLEMENT CONFERENCE

14  M. GONZALES

15          Defendant.            JUDGE   : STANLEY A. BOONE
                                  ACTION FILED : NOV. 2017
16

17  TO: THE COURT

18  PRO SE INDIGENT PLAINTIFF SAM DRAKE SEEKS AN ORDER APPOINTING PRO

19  BONO COUNSEL FOR THE LIMITED PURPOSE OF REPRESENTING PL. AT SETTLEMENT

20  CONFERENCE.

21  THIS MOTION IS MADE TO FACILITATE EXPEDITIOUS PRETRIAL RESOLUTION OF

22  AN OTHERWISE LONG-PENDING CASE.

23  THIS MOTION IS BASED ON THE DRAKE DECLARATION, AND SUBSTANTIVE

24  LAW BELOW.

25          DECLARATION OF SAM DRAKE

26  I, SAM DRAKE HEREBY DECLARE:

27  1. I AM PLAINTIFF PARTY, A U.S. CITIZEN OVER AGE 56, AND A

28  LAYMAN AT LAW PROCEEDING WITHOUT COUNSEL REPRESENTATION;

1 of 4

Case Name: DRAKE v. GONZALES    Case #: N17-cv-01500-KES-SAB

2. I HAVE DIRECT KNOWLEDGE OF ALL FACTS AND ISSUES INVOLVED IN THIS CASE, CAN & WILL COMPETENTLY TESTIFY THERETO IN ANY USDC;

3. I HEREBY ASK THE COURT TO REFER THIS CASE TO SUJEAN PARK (ADR COORDINATOR) FOR THE PURPOSE OF LOCATING A SUITABLE ATTY AGREEABLE WITH LIMITED PURPOSE APPOINTMENT (eg. JENNY HUANG) TO REPRESENT PL. AT THE SETTLEMENT CONFERENCE; AND TO APPOINT SUCH ATTORNEY HERE & NOW;

4. THIS CASE (FILED IN 2017 AND 2018) WOULD BE BENEFITED BY THE APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF REPRESENTING PL. AT THE SETTLEMENT CONFERENCE AS COUNSEL COULD ASSIST PL. IN PREPARING FOR & PARTICIPATING IN SETTLEMENT NEGOTIATIONS AND REACHING AMICABLE AGREEMENT TERMS; INTER ALIA;

5. PL. AGREES THAT PRETRIAL SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE IN RESOLVING THIS CASE;

6. THE SOLE REMAINING CLAIM (RETALIATION IN VIOLATION OF THE FIRST AMENDMENT) WAS SUBJECT OF & SURVIVED SUMMARY JUDGMENT; AND IS NOT COMPLEX;

7. PL. SUFFERS MILD DYSLOGIA (COMMUNICATION BARRIER) THAT IMPAIRS HIS ABILITY TO EXPRESS HIS THOUGHTS VERBALLY, MAKING PL UNABLE TO ADEQUATELY ARTICULATE HIS CLAIMS (SEE EXH 'D', INFRA);

8. PL. REQUIRES PRO BONO COUNSEL ORAL SPEECH IN ORDER TO MEANINGFULLY PARTICIPATE IN THE SETTLEMENT CONFERENCE;

Pleading Title: REQ. LMTD. PURP. PRO BONO CNSL    Page 2 of 4

Case Name: DRAKE v. GONZALES    Case #: 1:17-CV-01500-KES-SAB

9. NO PREVIOUS REQUESTS FOR APPOINTMENT OF LIMITED PURPOSE PRO BONO COUNSEL HAS BEEN MADE;

10. DFNT WOULD NOT BE UNDULY BURDENED OR OTHERWISE PREJUDICED BY THE COURT APPOINTING PRO BONO ATTORNEY TO REPRESENT PL. AT THE SETTLEMENT CONFERENCE;

11. SU JEAN PARK HAS INDICATED THAT ATTORNEY (        ) IS AVAILABLE AND IS WILLING TO ACCEPT LIMITED PURPOSE APPOINTMENT TO REPRESENT PL. AT SETTLEMENT CONFERENCE; < RESERVED >

12. DFNT HAS STIPULATED THAT A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE.

I DECLARE UNDER PENALTY OF PERJURY BY THE LAWS OF THE UNITED STATES THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

DATED: JULY 14th, 2025.    /s/ Sam Drake

SAM DRAKE, DECLARANT

Pleading Title: REQ. LMTD PURP PRO BONO CNSL    Page 3 of 4

Case Name: DRAKE v. GONZALES  Case #: 1:17-CV-01500-KES-SAB

1   LEGAL ARGUMENT

2

3   "IN OUR CIRCUIT, DISTRICT COURTS FAVOR GRANTING LIMITED PURPOSE

4   APPOINTMENTS OF PRO BONO COUNSEL OVER ENTIRETY OF SUIT

5   APPOINTMENTS TO ASSIST PRO SE LITIGANTS AND DO SO FOR

6   MANY VARYING PURPOSES SUCH AS: % AMEND COMPLAINTS, OR

7   6. COMPLETE EXPERT DISCOVERY, OR LIKE HERE SETTLEMENT

8   CONFERENCE, e.g. SEE JORDAN v. ANUNCIATION, 2023 U.S.

9   DIST. LEXIS 118850 ( MOTION FOR APPOINTMENT OF LIMITED

10  PURPOSE PRO BONO ATTORNEY GRANTED FOR SETTLEMENT CONFERENCE.)

11  APPOINTMENT IS WARRANTED IN DRAKE'S CASE BECAUSE HE HAS

12  A VERBAL COMMUNICATION BARRIER (DRK DECL # 7) THAT IMPAIRS HIS

13  ABILITY TO ARTICULATE HIS CLAIM ORALLY AND REQUIRES COUNSEL IN

14  ORDER TO MEANINGFULLY PARTICIPATE IN SETTLEMENT NEGOTIATIONS

15  (DRK DECL #8). AS WELL, SUCH APPOINTMENT BENEFITS THE COURT BY

16  FACILITATING EFFECTIVE COMMUNICATION. THEREFORE THE MOTION

17  SHOULD BE GRANTED."

18

19                    CONCLUSION

20  ACCORDINGLY, THE COURT SHOULD APPOINT PRO BONO ATTORNEY

21               SOLELY FOR THE SETTLEMENT CONFERENCE HERE

22  & NOW.

23                         RESPECTFULLY SUBMITTED,

24  DATE: JULY 14TH, 2025.

25                    /s/ Sam Drake
                         SAM DRAKE, PRO SE MOVANT

Pleading Title: REQ. LMTD PURP. PRO BONO CNSL       Page 4 of 4

*Communication Barrier*
( DYSLOGIA )

1. CDCR CLASSIFICATION DOCUMENT
(MAY 23rd 2012) - 1 pg.

**EXHIBIT D**

**EFFECTIVE COMMUNICATION:** The classification committee Chairperson queried 'S' at the beginning of the hearing to determine whether or not he needed assistance in understanding the proceedings. 'S' has been identified with a disability / communication issue, and as such a personal interview was conducted on 4-25-12 in order to ensure effective communication. CCI D. Hanson was assigned as staff assistant due to CCCMS designation. Effective communication was achieved by speaking slowly and clearly in simple English. 'S' reiterated in his own words what was explained. 'S' stated he understood what was explained, repeated back recommendations, asked appropriate questions and stated his mental health status does not hinder his ability to effectively communicate. 'S' actively participated in the committee hearing and agreed with committee actions. It is noted that the Staff Assistant met with 'S' 24 hours prior to ICC.

| CUSTODY | CSI/LEVEL | WG/PG & Eff. DATE | RELEASE DATE | GPL | RECLASS | DOB | ETHNIC | PSYCH | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAXR | 257/IV | D1D 2-28-12 | 5-29-2019 EPRD | 12.9 | 6-12 | 11-29-68 | BLACK | CCCMS | N/A |

| COMMITTEE MEMBERS | | |
|---|---|---|
| CHAIRPERSON R. DIAZ / WARDEN(A) | MEMBERS M. RODRIGUEZ / ASST C&PR(A) J. COLLINS / CPT. DR. E. KUNKEL / MENTAL HEALTH | RECORDER M. FAULKNER / CCII |

Committee Date: 4-26-12
Typed by: MLF Distribution: C-File & Inmate

SPECIAL ASU REVIEW
CSATF/SP AT CORCORAN

Classification Chrono CDC 128G (Rev: 5/01)

✱ [COPY GIVEN TO PRISONER ON WEDNESDAY 5-23-2012
S.P.]

1    PROOF OF SERVICE

2    I hereby declare that I am over the age of 18 years of age, a resident of the State of

3    California and not a party to the within cause of action. That on this date I did cause a true

4    and correct copy of: " REQUEST FOR APPOINTMENT OF LIMITED PURPOSE

5    PRO BONO ATTORNEY FOR SETTLEMENT CONFERENCE "

6

7    to be served on the parties to the action by:

8    ☑ depositing same in the U.S. Mail with first class postage prepaid and

9    addressed as follows:    OFFICE OF THE CLERK

10    UNITED STATES EASTERN DISTRICT COURT

11    2500 TULARE STREET

12    FRESNO CA 93721

13    ☐ delivering same in person to the address as follows and placing into the

14    control of the below listed party or representative:

15    LAWRENCE BRAGG

16    ATTY. GEN. OFFICE
      1300 'I' STREET, STE#125

17    SACRAMENTO CA 94244

18    ☐ by faxing said document to the following telephone number:

19

20    Executed this 14TH day of JULY         , 20 25 , under penalty of perjury in

21    Fresno, California.

22

23

24    SAM DRAKE, PRO SE        Declarant

25