1  SAM DRAKE #0624897
2  FCJ, 1225 'M' STREET
   FRESNO, CA 93712
3     PRO. SE.



FILED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE, <br><br> Plaintiff, <br><br> v. <br><br> M. GONZALES, <br><br> Defendant. | No. 1:17-CV-01500-KES-SAB <br> PLAINTIFF'S RENEWED REQUEST FOR ZOOM VIDEO APPEARANCE OF WITNESSES (FRCP RULE 43(a).) <br> Judge: STANLEY A. BOONE <br> ACTION FILED: NOV. 1, 2017 |

THE COURT GRANTED PL MOTION FOR ATTENDANCE OF TWO INCARCERATED WITNESSES AT TRIAL (TO APPEAR IN-PERSON) ON JULY 9TH 2025 (ECF No. 154). DFNT OPPOSED REMOTE APPEARANCE OF PL'S WITNESSES ON BASES: LACK OF GOOD CAUSE OR COMPELLING CIRCUMSTANCES AND IMPAIRMENT TO DFNT ABILITY TO CROSS EXAMINE THE WITNESSES (ECF No. 153). THE COURT DENIED REMOTE APPEARANCE WITHOUT PREJUDICE FOR INSUFFICIENT SHOWING OF GOOD CAUSE OR COMPELLING CIRCUMSTANCES (ECF No. 154).

PL. HEREBY RENEWS HIS REQUEST FOR ZOOM VIDEO APPEARANCE OF WITNESSES K. FIELDS AND R. JAMES PURSUANT TO RULE 43(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND THE COURT'S ORDER.

THIS REQUEST IS BASED ON THE DRAKE DECLARATION AND APPLICABLE SUBSTANTIVE LAW BELOW.

Case Name: DRAKE v. GONZALES   Case #: 1:17-CV-01500-KES-SAB

**Declaration of Sam Drake in Support of Renewed Motion**

I, SAM DRAKE, HEREBY DECLARE:

1. I am Plaintiff Party, a US Citizen, age 56, and a layman at law proceeding Pro Se in this Civil Rights Lawsuit;

2. I have direct knowledge of all case facts & issues, can and will competently testify thereto in any USDC;

3. I hereby, renew earlier request and ask the Court to issue forth its Order of 'Habeas Corpus Ad Testificandum' directing CDCR to bring witnesses, 1) Robert James #27713 and 2) Kevin E. Fields #P-83425, before this court via Zoom Video Conference to testify at trial on Nov. 4th, 2025;

4. Witness, Fields, is at the California Health Care Facility located in Corcoran CA, approximately 120 miles from the USDC-ED located in Fresno CA; & suffers spinal condition;

5. Witness, James is at Folsom State Prison located in Folsom/Sacramento CA, approximately 300→ miles from the USDC E.D. located in Fresno CA;

6. The geographical distance of the witnesses from the USDC is great and the cost of transporting each separately to the courthouse is high; remote appearance is warranted.

Pleading Title: RENEWED WITN ZOOM APPEARANCE REQ.   Page 2 of 5

Case Name: DRAKE v. GONZALES   Case #: 1:17-CV-01500-KES-SAB

7. DFT'S ABILITY TO CROSS EXAMINE MR. FIELDS & MR. JAMES WOULD NOT BE IMPAIRED IN ANY WAY BY ZOOM APPEARANCE;

8. ZOOM VIDEO TRANSMISSION AFFORDS ADEQUATE MEANS, AKIN TO LIVE IN-PERSON TESTIMONY, FOR DFNT TO ASSESS THE CREDIBILITY OF PL'S WITNESSES;

I DECLARE UNDER PENALTY OF PERJURY BY THE LAWS OF THE UNITED STATES THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT EXECUTED THIS 13th DAY OF JULY, 2025 AT FRESNO CALIFORNIA.

LEGAL ARGUMENT

"RULE 43(a) AUTHORIZES USDC TO PERMIT TESTIMONY IN OPEN COURT OF WITNESSES AT OTHER LOCATIONS VIA ZOOM VIDEO CONFERENCE TRANSMISSION UPON A SHOWING OF GOOD CAUSE IN COMPELLING CIRCUMSTANCES AND WITH APPROPRIATE SAFEGUARDS." (FRCP RULE 43(a)).

"GOOD CAUSE AND COMPELLING CIRCUMSTANCES MAY EXIST WHERE AS HERE, A SIGNIFICANT GEOGRAPHIC DISTANCE SEPARATES THE WITNESS FROM THE LOCATION OF COURT PROCEEDINGS OR WHERE THE COST AND SAFETY CONCERNS OF PRODUCING THE WITNESS IS PARTICULARLY HIGH" (SAENZ V. REEVES, 2013 U.S. DIST. LEXIS 53979.)

PL'S TWO INCARCERATED WITNESSES EACH RESIDE AT CDCR

Pleading Title: RENEWED WITN ZOOM APPEARANCE REQ.   Page 3 of 5

Case Name: DRAKE V. GONZALES    Case #: 1:17-CV-01500-KES-SAB

1. FACILITIES LOCATED A SIGNIFICANTLY FAR AWAY DISTANCE FROM THE USDC
2. E.D. FOR EXAMPLE, R. JAMES OVER 300 MILES (DRK DECL ¶ 5)
3. IN FOLSOM CA; AND K.E. FIELDS OVER 120 MILES (DRK DECL ¶ 4)
4. IN CORCORAN CA. ADDITIONALLY, MR. FIELDS SUFFERS SCHOLEOSIS [sic]
5. SPINAL CONDITION THAT IMPACTS HIS MOBILITY. (ibid)
6. THE FINANCIAL COST OF TRANSPORTING THESE WITNESSES FROM THEIR
7. SEPARATE AND DISTANT LOCATIONS TO FRESNO IS HIGH. PL. SUBMITS THAT
8. THESE CIRCUMSTANCES ARE SUFFICIENTLY COMPELLING TO WARRANT
9. AND DO WARRANT REMOTE APPEARANCE VIA ZOOM VIDEO CONFERENCE
10. (DRK DECL ¶ 6) (SAENZ V. REEVES, SUPRA).
11. DFNT WOULD ARGUE THAT HIS CROSS EXAMINATION OF PL'S TWO
12. WITNESSES MIGHT BE IMPAIRED ABSENT IN-PERSON APPEARANCE,
13. BUT SUCH CONTENTION IS FORECLOSED BY OUR SISTER CIRCUIT'S
14. HOLDING THAT: "THERE IS NO PRACTICAL DIFFERENCE BETWEEN
15. LIVE TESTIMONY AND VIDEO TRANSMISSION" (FTC V. SWEDEN MATCH
16. NA INC, 197 F.RD AT 2, U.S. DIST. LEXIS 15785 (9 CIR. 2000))
17. MORESO HERE, DFNT'S ABILITY TO CROSS EXAMINE JAMES &
18. FIELDS WOULD NOT BE IMPAIRED IN ANY WAY (DRK DECL ¶ 7),
19. BECAUSE ZOOM VIDEO TRANSMISSION AFFORDS ADEQUATE MEANS
20. FOR DFNT TO ASSESS THE CREDIBILITY OF PL'S WITNESSES, I MEAN,
21. PLASMA ULTRA HIGH DEFINITION RESOLUTION AND MAGNIFICATION
22. AKIN TO LIVE IN-PERSON TESTIMONY. (DRK DECL ¶ 8), WE'RE TALKING
23. HOLOGRAPHIC, 3-D IMAGING HERE CAPABLE OF ZOOMING IN TO
24. OBSERVE EVERY MINUTE NUANCE OF EXPRESSION & MOVEMENT. LIKE
25. 180 X MORE ADVANCED THAN WHAT WAS AVAILABLE IN YEAR 2000.

Pleading Title: RENEWED WITH ZOOM APPEARANCE REQ    Page 4 of 5

Case Name: DRAKE v. GONZALES   Case #: 1:17-CV-01500-KES-SAB

1. PL HAS DEMONSTRATED GOOD CAUSE IN COMPELLING CIRCUMSTANCES
2. WARRANTING WITNESSES ZOOM VIDEO APPEARANCE. e.g. SEE,
3. LYONS V. LEONHARDT, 2013 U.S. DIST. LEXIS 101212 ("VIDEO
4. CONFERENCE TESTIMONY APPROPRIATE WHEN WITNESS WAS
5. LOCATED 100 MILES FROM COURTHOUSE") ALSO HAWKINS V.
6. ADAMS, 2013 U.S.DIST LEXIS 4736; McCOY V. HOLGUIN, 2024
7. U.S. DIST LEXIS 213142 (WRIT ISSUED FOR PRODUCTION OF
8. INMATE ... FOR TESTIMONY VIA VIDEO CONFERENCE AT THE TIME OF
9. TRIAL)

CONCLUSION

ACCORDINGLY, THE COURT SHOULD GRANT THIS MOTION HERE & NOW: ORDER WITNESSES FIELDS & JAMES MAY APPEAR VIA ZOOM VIDEO CONFERENCING.

RESPECTFULLY SUBMITTED,

DATE: JULY 13TH, 2025.

/s/ [signature]

SAM DRAKE, PRO SE MOVANT

Pleading Title: RENEWED WITH ZOOM APPEARANCE REQ.   Page 5 of 5

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and : a party to the within cause of action. That on this date I did cause a true and correct copy of: "PLAINTIFF'S RENEWED REQUEST FOR ZOOM VIDEO APPEARANCE OF WITNESSES."

to be served on the parties to the action by:

☒ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows: OFFICE OF THE CLERK UNITED STATES EASTERN DISTRICT COURT 2500 TULARE STREET, RM 1501 FRESNO, CA 93721

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

R. LAWRENCE BRAGG, DEP ATTY GEN. 1300 'I' STREET, STE. #125 SACRAMENTO, CA 95814

☐ by faxing said document to the following telephone number:

Executed this 13TH day of JULY, 2025, under penalty of perjury in Fresno, California.

/s/ Sam Drake

SAM DRAKE, pro se, Declarant

&lt;USDC CLK, Filing REQ.&gt;

CS #1:17-CV-01500-KES-SAB
DRAKE v. M. GONZALES

Dear Clerk,

Thank You; To Please File My Enclosed Documents into The Above Entitled Case to wit:

1) "REQUEST FOR APPOINTMENT OF LIMITED PURPOSE PRO BONO ATTORNEY FOR SETTLEMENT CONFERENCE.";

2) "RENEWED REQUEST FOR ZOOM VIDEO APPEARANCE OF WITNESSES."

Thanks Again,

SD
— SAM DRAKE, PRO SE PLAINTIFF

ENCLOSURES:
  (1) "ORIG. MOT. APPT. PRO BONO CNSL"
  (1) "RENEWED MOT. ZOOM WTN APPEARANCE"