UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>              Plaintiff,<br><br>v.<br><br>M. GONZALES,<br><br>              Defendant. | Case No. 1:17-cv-01500-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE SAM DRAKE**, No. 0624897, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: October 2, 2025<br>TIME: 9:30 a.m. |

      **Inmate Sam Drake, No. 0624897**, a necessary and material witness on his behalf in a settlement conference on **October 2, 2025, at 9:30 a.m.**, is confined at the Fresno County Jail, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on October 2, 2025, at 9:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Sheriff of the Fresno County Jail:**

      **WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 2, 2025**

                                                     STANLEY A. BOONE
                                                     United States Magistrate Judge

