Rob Bonta, State Bar No. 202668
Attorney General of California
Joanna B. Hood, State Bar No. 264078
Supervising Deputy Attorney General
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7334
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant M. Gonzales*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SAM DRAKE,**<br><br>Plaintiff,<br><br>v.<br><br>**GONZALES, et al.,**<br><br>Defendants. | 1:17-CV-01500-KES-SAB (PC)<br><br>**DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT**<br><br>Date:         October 2, 2025<br>Time:         9:30 a.m.<br>Judge:        The Honorable Barbara A. McAuliffe<br>Trial Date:   November 12, 2025<br>Action Filed: November 7, 2017 |

**TO THE COURT AND PLAINTIFF PRO SE SAM DRAKE:**

**PLEASE TAKE NOTICE** that Defendant Gonzales submitted a Confidential Settlement Statement to this Court on September 25, 2025.

Dated:  September 25, 2025

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
J<small>OANNA</small> B. H<small>OOD</small>
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*
R. L<small>AWRENCE</small> B<small>RAGG</small>
Supervising Deputy Attorney General
*Attorneys for Defendant M. Gonzales*

SA2018102931
39336262

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sam Drake (J10892) v. Kernan, et al.** | No. | **1:17-CV-01500-KES-SAB (PC)** |

I hereby certify that on <u>September 25, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- ➢ **DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 25, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Sam Douglas Drake, 0624897
Fresno County Jail
1225 M Street
Fresno, CA 93712
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 25, 2025</u>, at Sacramento, California.

| | |
|---|---|
| A. Zamora | */s/ A. Zamora* |
| Declarant | Signature |

SA2018102931
39336383.docx