UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>          Plaintiff,<br><br>     v.<br><br>M, GONZALES,<br><br>          Defendant. | No. 1:17-cv-01500-KES-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE SAM DRAKE, No. 062897 |

A settlement conference in this matter commenced on October 2, 2025. Inmate Sam Drake, No. 062897 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 2, 2025**          /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE

1