# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. L. GONZALES,<br><br>　　　　Defendants. | Case No. 1:17-cv-01500 KES SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 161) |

The Court conducted a settlement conference in this action on October 2, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositive documents within thirty (30) days of entry of this order; and

3. Such dispositive documents shall have an appropriate statement addressing retention of the Court's jurisdiction.

IT IS SO ORDERED.

Dated:   **October 2, 2025**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE