CONFIDENTIAL   FILED

OCT 03 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br>    Plaintiff,<br>v.<br>M.L. GONZALES,<br>    Defendant. | No. 1:17-CV-1500-KES-SAB<br>PLAINTIFF'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT<br>HEARING: SETTLEMENT CONFERENCE<br>DATE: OCTOBER 2nd, 2025<br>TIME: 9:30 AM<br>JUDGE: BARBARA A. McAULIFFE<br>LOCATION: VIA ZOOM VIDEO CONFERENCE |

TO: HER MAGISTRATE,

PLEASE TAKE NOTICE:

ON JULY 28th, 2025, HON. STANLEY A. BOONE ISSUED ORDER SCHEDULING A SETTLEMENT CONFERENCE DATE OF OCTOBER 2nd, 2025, AND DIRECTED THE PARTIES TO EACH SUBMIT A CONFIDENTIAL SETTLEMENT STATEMENT AND NOTICE OF SUBMISSION TO MAGISTRATE JUDGE, HON. BARBARA A. McAULIFFE ONE WEEK IN ADVANCE AS PER LOCAL RULE 270 (d).

PL HEREBY PROVIDES HIS CONFIDENTIAL SETTLEMENT STATEMENT IN COMPLIANCE WITH LOCAL RULE 270 (d).

RESPECTFULLY SUBMITTED,

DATE: SEPTEMBER 25th, 2025.

/s/ _____
SAM DRAKE, PRO SE PLAINTIFF