UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>            Plaintiff,<br><br>     v.<br><br>M. GONZALES,<br><br>            Defendant. | No. 1:17-cv-01500-KES-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO RESUBMIT STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 180) |

On October 2, 2025, a settlement conference was conducted in this matter and the case settled with the terms placed on the record. (ECF No. 175.) The settlement agreement included the fact that Court would retain jurisdiction of the matter for seven months. (ECF No. 175.)

On October 17, 2025, the parties submitted the stipulation for voluntary dismissal; however, it does not include the fact that Court will retain jurisdiction over the matter for seven months. Accordingly, within ten days from the date of service of this order, the parties shall resubmit the stipulation for voluntary dismissal to include the Court's retention of jurisdiction for seven months.

IT IS SO ORDERED.

Dated:   **October 20, 2025**              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

1