Case Name: DRAKE v. M.L. GONZALES   Case #: 1:17-CV-1500-KES-SAB

Your Name: SAM DRAKE

Your Address: FCJ, 1225 'M' STREET
FRESNO CA

Your Phone Number: (559) 600-3636

Self-Represented

FILED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES EASTERN DISTRICT COURT
(Name of Court)
(FRESNO DIVISION)
(Division)

SAM DRAKE,

Plaintiff,

And

M.L. GONZALES, ET. AL.,

Defendant

Case No.: 1:17-CV-1500-KES-SAB

PLEADING TITLE:

MOTION TO MODIFY SETTLEMENT CONFERENCE ORDER OR TO ENFORCE SETTLEMENT AGREEMENT, ALTERNATIVELY

Judge/Dept: HON. BARBARA A. McAULIFFE

TRIAL DATE: VACATED

ACTION FILED: NOVEMBER 2017.

TO: THE COURT, AND DFNT COUNSEL

PLEASE TAKE NOTICE THAT PL. SAM DRAKE MOVES FOR AN ORDER MODIFYING THE SETTLEMENT CONFERENCE RECORD OR IN THE ALTERNATIVE ENFORCING THE SETTLEMENT AGREEMENT ORDERING CDCR PAYMENT OF THE FULL SETTLEMENT AMOUNT DIRECTLY TO PL. WITHOUT ANY DEDUCTIONS (VIA PL'S DESIGNEE). THIS MOTION IS MADE PURSUANT TO THE COURT'S INHERENT POWER TO MANAGE ITS CASES. THE MOTION IS BASED ON THE CASE RECORDS, DRAKE DECLARATION, APPLICABLE 9TH CIRCUIT LAW,

Pleading Title: PL. MOT. TO MODIFY /ENFORCE SETTLEMENT    Page 1 of 6

Case Name: DRAKE V. M.L. GONZALES    Case #: 1:17-CV-1500-KES-SAB

1. AND THE ATTACHED EXHIBITS.

2. RESPECTFULLY SUBMITTED,

3. DATED: OCTOBER 14th, 2025.

4. /s/ Sam Drake

5. SAM DRAKE PRO SE MOVANT

6.

7. DECLARATION OF SAM DRAKE

8.

9. I, SAM DRAKE, HEREBY DECLARE:

10.

11. 1. I AM PLAINTIFF PARTY TO THIS CAUSE OF ACTION, A CITIZEN
12. OF THE UNITED STATES OVER 18 YEARS OF AGE;
13. 2. I HAVE DIRECT KNOWLEDGE OF THE FACTS & ISSUES INVOLVED
14. IN THIS MATTER, CAN & WILL COMPETENTLY TESTIFY THERETO IN USDC;
15.
16. 3. I HEREBY ASK THE USDC TO MODIFY ITS SETTLEMENT
17. CONFERENCE RECORD TO INCLUDE FACTS DISCUSSED PRIVATELY
18. IN BREAK-OUT (ZOOM) ROOM: "THAT PL." OWES NO RESTITUTION; 2.
19. DOES NOT AGREE TO ANY CDCR ADMINISTRATIVE FEES, 3. EXPECTS FULL
20. PAYMENT OF THE ENTIRE $5K SETTLEMENT AMOUNT, AND ENFORCE FAIR
21. SETTLEMENT ORDERING DFNT COUNSEL TO DELETE FROM §III." 2
22. OF THE SETTLEMENT AGREEMENT ALL LANGUAGE AUTHORIZING
23. CDCR TO MAKE ANY DEDUCTIONS FROM THE SETTLEMENT PROCEEDS
24. UNDER PC§2085.8., AND ENFORCE ORDERING CDCR TO PAY PL. THE
25. FULL SETTLEMENT AMOUNT WITHOUT ANY DEDUCTIONS;

Pleading Title: PL. MOT. TO MODIFY/ENFORCE SETTLEMENT    Page 2 of 6

Case Name: DRAKE v. GONZALES, et al.; Case #: 1:17-1500-KES-SAB

4. IN THE ALTERNATIVE PL. ASK THE COURT TO REOPEN THE SETTLEMENT CONFERENCE TO PERMIT FAIR TERMS NEGOTIATION BETWEEN PL. & DFNT COUNSEL;

5. ON OCT. 2nd, 2025, ON ZOOM VIDEO CONFERENCE BREAK-OUT ROOM, PL. NOTIFIED MAGISTRATE THAT PL. DOES NOT OWE ANY FURTHER RESTITUTION AND IS AGAINST CDCR CHARGING PL. ANY ADMINISTRATIVE FEES;

6. PL. HAS FULLY PAID OFF ANY/ALL RESTITUTION FINES OWED (SEE EXHIBIT-1, "CDCR RESTITUTION PAYMENT HISTORY" DATED MARCH 17th, 2021)

7. PL. CONCEDES THAT IF ANY COURT FILING FEES ARE OUTSTANDING, PL. CAN PAY THEM HIMSELF AFTER RECEIPT OF THE SETTLEMENT CHECK; (BYPASSING ANY UNNECESSARY CDCR FEES). I AM RESPONSIBLE PERSON;

8. PL. DOES NOT AGREE TO PAY CDCR TO HANDLE PL's MONEY AND WOULD BE UNFAIRLY PREJUDICED IF MADE TO DO SO;

9. PENAL CODE SECTION § 2085.8 DOES NOT APPLY TO PL. BECAUSE PL. IS NOT WITHIN ITS FOUR CATEGORIES OF PERSONS SUBJECT TO DEDUCTION OF SETTLEMENT PROCEEDS;

10. PL. IS NOT AN PRISON INMATE, PAROLEE, PERSON PLACED ON COMMUNITY SUPERVISION UNDER PC § 3451, OR DFNT PLACED ON MANDATORY SUPERVISION UNDER PC § 1170(h)(5)(A);

11. PL. IS A CIVIL DETAINEE RELEASED FROM CDCR IN JANUARY 2019, CURRENTLY IN PRETRIAL DETENTION UNDER JURISDICTION OF DEPARTMENT OF STATE HOSPITALS;

12. CDCR HAS NO AUTHORITY TO COLLECT ANY ADMINISTRATIVE

Case Name: DRAKE v. GONZALES, ET. AL   Case #: 1:17-CV-1500-KES-SAB

1. FEES FROM PL. BECAUSE SUCH FEE IS WAIVED PURSUANT TO 28 USC. §1915(a);

13. ON OCTOBER 7, 2025, I RECEIVED MAGISTRATE'S ORDER (ECF 161) DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS, & INCLUDE STATEMENT ADDRESSING THE COURT'S RETENTION OF JURISDICTION IN SUCH DOCUMENT; ALSO (SEE EXHIBIT-2, BELOW);

14. ON OCT. 7TH 2025, I ALSO RECEIVED DFNT COUNSEL'S PKT OF DISPOSITIVE DOCUMENTS SEEKING MY SIGNATURE. I NOTICED THE DOCS WERE MISSING A STATEMENT REGARDING COURT RETENTION OF JURISDICTION; AND INCORRECT ABOUT ADMIN FEES;

15. ON OCTOBER 10TH 2025, I SOUGHT JOINT STIPULATION UNDER RULE 41, WITH DFNT VIA EMAIL. DFNT CNSL DECLINED TO STIPULATE TO MY TERMS THAT I BE PAID FULL SETTLEMENT AMOUNT, THAT § 2085.8 DOES NOT APPLY TO PL., THAT THE COURT RETAINS JURISDICTION FOR SEVEN MONTHS, IN HIS REPLY EMAIL;

16. ON OCT. 10TH 2025, I ASKED DFNT COUNSEL TO REVISE THE SETTLEMENT AGREEMENT BY DELETING ALL LANGUAGE AT §III, SPECIFYING CDCR DEDUCTIONS, AND ADDING A NEW §VII ADDRESSING USDC MAGISTRATE BAM's RETENTION OF JURISDICTION. DFNT COUNSEL AGAIN DECLINED; AND CITED A CONFLICT BETWEEN REQUESTED REVISIONS AND THE CONFERENCE RECORD.

17. I APOLOGIZE TO THE COURT & TO DFNT CNSL THAT I COMPREHENDED THE OPEN-ENDED CDCR DEDUCTION TERM UNDER § 2085.8 INCORRECTLY WHEN READ ON RECORD VS. SEEING IT ON PAPER WITH A CHANCE TO REVIEW THE STATUTE. ON OCT. 7TH 2025 I REALIZED THE TERM IS UNACCEPTABLE AND DO NOT AGREE TO THAT ONE (TO CLARIFY FOR THE RECORD);

Pleading Title: PL. MOT. TO MODIFY/ENFORCE SETTLEMENT   Page 4 of 6

Case Name: DRAKE v. GONZALES      Case #: 1:17-cv-1500-KES-SAB

18. I APOLOGIZE TO THE COURT THAT MY PTSD (PRISON-INDUCED) SYMPTOM OF DIMINISHED VIEW IS TRIGGERED WHENEVER I HEAR VIEW OR THINK CDCR;

19. I ASSURE YOU MY INTENTIONS ARE HONEST, AND I MAKE THIS MOTION IN GOOD FAITH THAT THE SOUGHT MODIFICATIONS ARE REASONABLE AND NECESSARY.

20. AS OF OCTOBER 15TH 2025, I HAVE NOT RECEIVED AN MINUTE ORDER INDICATING THE COURT'S RETENTION OF JURISDICTION WHICH SUPERCEDES THE COURTS OCT. 2nd 2025 ORDER TO ADDRESS THE ISSUE IN OUR DISPOSITIVE DOCUMENTS.

I DECLARE UNDER PENALTY OF PERJURY BY THE LAWS OF THE UNITED STATES THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT. EXECUTED THIS 14TH DAY OF 2025 AT FRESNO CALIFORNIA.

/s/ [signature]

SAM DRAKE, PRO SE PLAINTIFF

ARGUMENT

IN A COMPELLING USDC CASE HONORABLE SUSAN ILLSTON ORDERED JAIL OFFICIALS LACKED AUTHORITY TO COLLECT RESTITUTION FROM A PLAINTIFF'S SETTLEMENT FUNDS UNDER SECTION 2085.8 OF THE CA PENAL CODE WHERE THE PL., AS HERE, WAS NOT ONE OF THE FOUR CATEGORIES OF PERSONS THE STATUTE

Case Name: DRAKE v. GONZALES    Case #: 1:17-CV-1500-KES-SAB

1. AUTHORIZED COLLECTION. (ALAPATI) HAD BEEN RELEASED FROM
2. CUSTODY AND WAS NOT AN INMATE, PAROLEE, OR PERSON
3. PLACED ON COMMUNITY SUPERVISION PURSUANT TO PC §
4. 3451, OR DEFENDANT ON MANDATORY SUPERVISION IMPOSED
5. PURSUANT TO PC § 1170 (h)(5)(A). MOREOVER (ALAPATI)
6. HAD AN OUTSTANDING HUMONGUS RESTITUTION OF OVER
7. $285K AND HER SETTLEMENT WAS $100K.
8. PL. DRAKE'S CASE IS EVEN MORE COMPELLING BECAUSE
9. DRAKE HAS ALREADY FULLY PAID HIS $1K RESTITUTION
10. FINE PRIOR TO HIS RELEASE (EXH-1, DRK DECL ¶ 6).
11. ALTHOUGH UNREPORTED, THE CASE IS INSTRUCTIVE ON THE
12. APPLICATION OF SECTION 2085.8 TO PERSONS WHO'VE BEEN RELEASED.
13. HERE, THE STATUTE WAS EXPRESSLY PLACED INTO THE SETTLEMENT
14. AGREEMENT AT §III, ¶2, IN A OPEN-ENDED FASHION THAT
15. WOULD PERMIT CDCR TO BASICALLY MAKE 'ADMINISTRATIVE OR
16. OTHER' DEDUCTIONS AT ITS WHIM. HOWEVER, THE STATUTE ITSELF
17. APPLIES ONLY TO RESTITUTION OWED AND PL. DRAKE DOES NOT
18. OWE ANY SO IT IS INAPPLICABLE TO DRAKE. THEREFORE, MY REQUEST
19. TO MODIFY AND ENFORCE THE SETTLEMENT IS REASONABLE & FAIRLY
20. NECESSARY. (ALAPATI v. CITY & CNTY OF SF, 2022 US DIST. LEXIS 147526)

21. CONCLUSION
22. ACCORDINGLY, THE USDC SHOULD ORDER CDCR TO MAKE PAYMENT
23. OF THE FULL SETTLEMENT AMOUNT DIRECTLY TO PL. WITHOUT ANY DEDUCTIONS.

24. 
25. DATE: OCTOBER 14TH, 2025.    /s/ _____
        SAM DRAKE, PRO SE MOVANT

Pleading Title: PL'S MOT. TO MODIFY/ENFORCE SETTLEMENT    Page 6 of 6

"CDCR RESTITUTION PAYMENT HISTORY"
a. HEADQUARTERS ACCOUNT PRINTOUT DATED MARCH 17TH, 2021
 - 1 pg.

# EXHIBIT 1

| Date\Time: 3/17/2021 4:53:06 PM | | | CDCR | | Verified: _____ | | |
|---|---|---|---|---|---|---|---|
| Institution: IHQ0 | | | **Offender Restitution Payment History** | | | | |

| Report Date: | 3/17/2021 | | | Unclaimed Trust Funds: | | $0.00 | |
|---|---|---|---|---|---|---|---|
| Report Option: | ☑ By Date Range | | | | | | |
| From Date: | 01/15/2019 | To Date: | 03/17/2021 | | | | |
| CDCR#: | J10892 | | | Total Cur Bal: | | $0.00 | |
| | | | | Admin Fee: | | $0.00 | |
| **Inmate Name** | | | | | | | |
| DRAKE, SAM | | | | Payoff Total: | | $0.00 | |

| Type | Court Case No | County | Sent Date | Orig Amt | Prin Bal | Acc Int | Cur Bal |
|---|---|---|---|---|---|---|---|
| RESTITUTION FINE | 4644639 | FRE | 02/17/1994 | $1,000.00 | $0.00 | $0.00 | $0.00 |

| Pay Date | Current Location# | Pay Amount | Amt to Obligation | Admin Fee | | | |
|---|---|---|---|---|---|---|---|
| | | **No obligation history for CDC No exists.** | | | | | |
| SubTotal: | | $0.00 | $0.00 | $0.00 | | | |
| | | Total: | $1,000.00 | $0.00 | $0.00 | | $0.00 |

P
Copy

Page 1

PLAINTIFF'S DISPOSITIVE PLEADING

a. RULE 41 (a)(2) VOLUNTARY DISMISSAL MOTION (DATED OCTOBER 15TH, 2025) - 2 PGS.

# EXHIBIT 2