Case Name: DRAKE v. M.L. GONZALES   Case #: 1:17-CV-1500-KES-SAB

1  Your Name: SAM DRAKE
2  Your Address: FCI, 1225 'W' STREET
3  FRESNO, CA 93712
4  Your Phone Number: (559) 600-3636
5  Self-Represented

**FILED**
**OCT 20 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES EASTERN DISTRICT COURT
(Name of Court)
(FRESNO DIVISION)
(Division)

Case No.: 1:17-CV-1500-KES-SAB

SAM DRAKE,

Plaintiff,

And

M.L. GONZALES, ET.AL.,

Defendant

PLEADING TITLE:

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PENDING SETTLEMENT (RULE 41(a)(2), FED. R. CIV. P.)

Judge/Dept: HON. BARBARA A. McCAULIFFE

TO: THE COURT

PLAINTIFF, SAM DRAKE, MOVES FOR AN ORDER DISMISSING THIS ACTION WITH PREJUDICE PENDING PAYMENT OF THE FULL SETTLEMENT AMOUNT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

RULE 41(a)(2) PERMITS A PLAINTIFF TO VOLUNTARILY DISMISS AN ACTION IN WHOLE OR IN PART BY ASKING THE COURT TO EXERCISE ITS DISCRETION TO DO SO. (HAMILTON v. FIRESTONE TIRE & RUBBER Co. INC. (9TH CIR 1982).

THIS MOTION IS BASED ON THE DRAKE DECLARATION BELOW:

**DECLARATION OF SAM DRAKE**

Case Name: DRAKE v. M.L. GONZALES   Case #: 1:17-cv-1500-KES-SAB

1. I, SAM DRAKE, HEREBY DECLARE:
2. 1. I AM PL. PARTY TO THIS CIVIL RIGHTS LAWSUIT PROCEEDING PRO. SE.
3. 2. MYSELF & DEFENDANT HAVE RESOLVED THIS CASE IN ITS ENTIRETY AT SETTLEMENT CONFERENCE OCT. 2nd, 2025;
4. 3. I HEREBY ASK THE COURT TO GRANT THIS MOTION AND DISMISS THE ACTION WITH PREJUDICE UPON RECEIPT OF WRITTEN NOTICE FROM THE PARTIES THAT DFNT HAS PAID TO PL. THE FULL SETTLEMENT AMOUNT OF $5,000.
5. 4. I STIPULATE TO PAY MY OWN COSTS OF LITIGATION;
6. 5. THE TERMS OF THE SETTLEMENT AGREEMENT ARE INCORPORATED BY REFERENCE & HEREBY FULLY SET FORTH HEREIN; (ATTACHMENT-'A')
7. 6. I AM NOT IN CDCR CUSTODY, AND CDCR HAS NO AUTHORITY OVER MY PERSON, ACCOUNTS, SETTLEMENT FUNDS WHATSOEVER;
8. 7. I DO NOT OWE ANY RESTITUTION FINES;
9. 8. MAGISTRATE, BARBARA A. McAULIFFE RETAINS JURISDICTION OVER THIS CASE FOR SEVEN MONTHS TO ENSURE IMPLEMENTATION & ENFORCEMENT OF THE SETTLEMENT AGREEMENT, AND ALL PARTIES SUBMIT TO SUCH JURISDICTION.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Today's Date: OCT. 15TH, 2025

SAM DRAKE                                /s/ [signature]
PRINT YOUR NAME                          SIGN YOUR NAME

Pleading Title: PL.'s MOT. FOR DSM PENDING SETTLEMENT   Page 2 of 2

ATTACHMENT - A

# SETTLEMENT AGREEMENT AND RELEASE

## I. PARTIES

This Settlement Agreement and Release (Agreement) concerns SAM DRAKE (Plaintiff) and the California Department of Corrections and Rehabilitation (CDCR) on behalf of Defendant Manuel Gonzales. Plaintiff, CDCR, and Defendant shall be referred to as "the parties."

## II. RECITALS

Certain disputes and differences have arisen between the parties to this Agreement. These disputes and differences resulted in Plaintiff filing a complaint in the United States District Court for the Eastern District of California, *SAM DRAKE v. KERNAN, et al.*, Case No. 1:17-CV-01500-KES-SAB (PC) (the Complaint). This Agreement covers all of the claims and allegations in the Complaint and any amendments thereto against all Defendants, whether named or unnamed and whether served or unserved, and any past or current employees of CDCR.

Defendant, including CDCR, denies all of the allegations of wrongdoing made by Plaintiff in this lawsuit. The parties, however, now desire and intend by this Agreement to settle all disputes between them relating to the claims alleged in the Complaint, including any rights to appeal, and that concern in any way the allegations of the Complaint, as specifically set forth in this Agreement.

Therefore, in consideration of the covenants set forth in this Agreement, the parties settle their dispute on the terms and conditions set forth below.

## III. TERMS AND CONDITIONS

1. Plaintiff shall sign a voluntary dismissal with prejudice under Federal Rule of Civil Procedure ~~41(a)(1)(A)(ii),~~ 41(a)(2) which Defendans shall file immediately. S.D.

2. CDCR shall pay Plaintiff $5,000.00 (the settlement amount). ~~However, Plaintiff understands that CDCR is obligated by California Penal Code section 2085.8 to collect any amounts owed by a prisoner under a restitution fine or order, including any administrative fees related to such amounts. Such amounts and fees will be deducted from the settlement amount and paid on Plaintiff's behalf as required by Penal Code section 2085.8. If the settlement amount exceeds the restitution amounts and fees, the excess balance shall be~~ made by check to Plaintiff and mailed to Plaintiff c/o Irene Zupko, ~~485 Morro Bay Blvd., No. 102,~~ Morro Bay, California 93442. ~~Plaintiff further understands that CDCR is obligated to pay all outstanding liens against Plaintiff, known or unknown, if any, which amounts must be deducted from the settlement amount and paid on Plaintiff's behalf to the lienholder(s).~~ 255 N. FULTON AVE FRESNO, CA 93701 SD

3. Plaintiff shall complete a Payee Data Form to enable payment and credit toward his restitution obligations. Plaintiff shall return the completed Payee Data Form to Defendant's counsel as soon as reasonably possible.

4. CDCR will make a good-faith effort to pay the settlement amount (minus any restitution amounts, liens and fees) within 180 days from the date Plaintiff delivers to Defendant

---

*SAM DRAKE v. KERNAN, et al.*, Case No. 1:17-CV-01500-KES-SAB (PC)
Settlement Agreement and Release

a signed settlement agreement, a notice of voluntary dismissal with prejudice, and all of the required Payee Data Forms. Plaintiff understands that payment may be delayed by the lack of a State budget, a funding shortfall despite a State budget, the processing efforts of the State Controller's Office, and other events not attributable to Defendant or CDCR.

5. No other monetary sum will be paid to Plaintiff.

6. Each party shall bear its own costs and attorney's fees.

7. There are no other actions required on the part of CDCR or Defendant.

## IV. GENERAL RELEASE

It is the intention of the parties in signing this Agreement that it shall be effective as a full and final accord and satisfaction and release from all claims asserted in the Complaint. By signing this Agreement, Plaintiff releases CDCR, all Defendants, whether named or unnamed and whether served or unserved, and any other past or current CDCR employees from all claims, past, present and future, known or unknown, that arise or could arise from the facts alleged in the Complaint.

In furtherance of this intention, the Plaintiff acknowledges that he is familiar with, and expressly waives, the provisions of California Civil Code section 1542, which states:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her would have materially affected his or her settlement with the debtor or released party.

This Agreement is the compromise of various disputed claims and shall not be treated as an admission of liability by any of the parties for any purpose. The signature of or on behalf of the respective parties does not indicate or acknowledge the validity or merits of any claim or demand of the other party.

## V. SUCCESSORS AND ASSIGNS

This Agreement shall be binding on the parties and their respective officers, agents, administrators, successors, assignees, heirs, executors, trustees, attorneys, consultants, and any committee or arrangement of creditors organized with respect to the affairs of any such party.

Plaintiff represents that he owns the interests, rights, and claims that are the subject matter of this Agreement. Plaintiff and his principals, agents, attorneys, successors, assigns, heirs, descendants, executors, representatives, partners, and associates fully release and discharge the other parties and their principals, agents, attorneys, successors, assigns, heirs, descendants, executors, representatives, partners, and associates from all rights, claims, and actions that Plaintiff and his successors now may have or at any time in the future may have against the other parties and their successors.

## VI. REPRESENTATIONS AND WARRANTIES

No other consideration. The consideration recited in this Agreement is the only consideration for this Agreement, and no representations, promises, or inducements have been made to the parties, or any of their representatives, other than those set forth in this Agreement.

Execution in counterpart. This Agreement may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Execution of further documents. Each party to this Agreement shall complete, execute or cause to be executed such further and other documents as are needed to carry out the expressed intent and purpose of this Agreement.

Entire agreement. This Agreement constitutes a single, integrated agreement expressing the entire agreement of the parties, and there are no other agreements, written or oral, express or implied, between the parties, except as set forth in this Agreement.

No oral modifications or waiver. No supplement, modification, or amendment to this Agreement shall be binding unless executed in writing by all the parties. No waiver of any provision of this Agreement shall be binding unless executed in writing by the party making the waiver. No waiver of any provision of this Agreement shall be deemed, or shall constitute, a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver.

Governing law. Unless expressly stated otherwise in this Agreement, the terms, conditions, and provisions of this Agreement are governed by and interpreted under California state law.

Severability. Should any provision of this Agreement be held invalid or illegal, such illegality shall not invalidate the whole of this Agreement, but the Agreement shall be construed as if it did not contain the illegal part, and the rights and obligations of the parties shall be construed and enforced accordingly.

The undersigned agree to the above:

Dated: Oct. 2nd, 2025   By: _____
                            Plaintiff SAM DRAKE

Dated: _____   By: _____
                            Assistant General Counsel
                            California Department of Corrections and
                            Rehabilitation

---

*SAM DRAKE v. KERNAN, et al.*, Case No. 1:17-CV-01500-KES-SAB (PC)
Settlement Agreement and Release

Approved as to form:

Dated: _____   By: _____
                              R. Lawrence Bragg, Supervising Deputy Attorney
                              General
                              Counsel for Defendants

## VIII. USDC RETENTION OF JURISDICTION

THE COURT SHALL RETAIN JURISDICTION WITH RESPECT TO IMPLEMENTATION AND ENFORCEMENT OF THE TERMS OF THIS AGREEMENT, AND ALL PARTIES HERETO SUBMIT TO THE JURISDICTION OF THE COURT FOR PURPOSES OF IMPLEMENTING AND ENFORCEMENT OF THIS AGREEMENT.

THE MAGISTRATE BARBARA A. McCAULIFFE RETAINS ANCILLARY JURISDICTION OVER THIS MATTER FOR A PERIOD OF SEVEN MONTHS FROM THE DATE FINAL JUDGMENT IS ENTERED.

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and not a party to the within cause of action. That on this date I did cause a true and correct copy of: "PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41. PENDING SETTLEMENT PAYMENT." AND ATTACHMENT-A (SETTLEMENT AGREEMENT).

to be served on the parties to the action by:

☑ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows: U.S. EASTERN DISTRICT COURT
2500 TULARE STREET, COURTRM 8
FRESNO, CA 93721
* ATTN: MAGISTRATE JUDGE, BARBARA A. McAULIFFE

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

☐ by faxing said document to the following telephone number:

Executed this 15th day of OCTOBER, 20 25, under penalty of perjury in Fresno, California.

/s/ Sam Drake

SAM DRAKE, pro. se.   Declarant

## PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and not a party to the within cause of action. That on this date I did cause a true and correct copy of: "PLAINTIFF'S MOTION TO MODIFY THE SETTLEMENT ORDER / ENFORCE SETTLEMENT AGREEMENT - PAYMENT, WITH EXHIBITS 1 & 2".

to be served on the parties to the action by:

☑ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows:

1) U.S. EASTERN DISTRICT COURT
2500 TULARE STREET, COURTRM 8
FRESNO, CA 93721
ATTN: MAGISTRATE BARBARA A. McAULIFFE

☐ delivering same in person to the address as follows and placing into the control of the below listed party or representative:

☐ by faxing said document to the following telephone number:

Executed this 14TH day of OCTOBER, 2025, under penalty of perjury in Fresno, California.

/s/ Sam Drake

SAM DRAKE, pro se.    Declarant