UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M, GONZALES,<br><br>　　　　　Defendant. | No. 1:17-cv-01500-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A REVISED STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 188) |

Currently before the Court is Defendant's motion for an extension of time to file a revised stipulation for voluntary dismissal, filed October 30, 2025.

Good cause having been presented, it is HEREBY ORDERED that Defendant shall file the revised stipulation for voluntary dismissal on or before **November 20, 2025**.

IT IS SO ORDERED.

Dated:   **October 30, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1